[No. 34527-7-II.   Division Two.   April 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TOBBIE DUANE EATON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-02141-1, Barbara D. Johnson, J., entered March 8, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Penoyar, JJ.

[Nos. 34648-6-II; 35670-8-II;   Division Two.   April 17, 2007.]
35671-6-II.

THE STATE OF WASHINGTON, *Respondent*, v. SEAN WESLEY CROCKER, *Appellant*.

*In the Matter of the Personal Restraint of* SEAN CROCKER, *Petitioner*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 06-1-00012-7, Theodore F. Spearman, J., entered March 24, 2006, together with petitions for relief from personal restraint. Judgment *affirmed* and petitions *denied* by unpublished opinion per Hunt, J., concurred in by Armstrong and Penoyar, JJ.

[No. 34692-3-II.   Division Two.   April 17, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. K.E.W., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-8-02163-0, James R. Orlando, J., entered March 23, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Bridgewater, J.